■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT MANISCALCO, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of violating section 986 of the Penal Law (book-making) and sentencing him to pay a fine of $50 or to serve five days, and from said sentence. The fine was paid. Judgment reversed on the law and the facts, information dismissed, and fine remitted. The evidence was insufficient to warrant a finding of appellant's guilt beyond a reasonable doubt. No separate appeal lies from the sentence which has been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ., concur.

■ ALMA M. ROWLEY, Respondent, v. REED W. ROWLEY, Appellant.— In an action for a separation, the appeal is from an order awarding respondent, *pendente lite*, $50 a week alimony, $500 counsel fees and exclusive occupancy of real property owned by the parties as tenants by the entirety. Order reversed, without costs, and motion denied, with leave to renew the application for a counsel fee on the trial. The moving papers show no necessity for payment of alimony *pendente lite* or counsel fees to enable respondent to carry on the action, which is an essential legal basis for such an order (*Lake* v. *Lake*, 194 N. Y. 179). On the facts presented by the moving affidavits, we believe it was an improvident exercise of discretion to award exclusive possession of the property owned by the parties as tenants by the entirety to respondent prior to a trial and without a hearing. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ MOLLY THALER et al., Respondents, v. OCEAN CATERING CORPORATION, Appellant.— In an action by a wife to recover damages for personal injuries and by her husband for medical expenses and loss of services, the appeal is from a judgment entered on a jury verdict in favor of respondents. Judgment unanimously affirmed, with costs. No opinion. Present— Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ MATHEW VENER, Appellant, v. STANLEY WOJCIK, Respondent, et al., Defendants.— Action by an attorney against his client and another to reform certain agreements and stipulations so as to set forth an agreement by the client to pay the attorney a fixed fee for services, and for judgment based on such reformation. The attorney appeals from so much of an order as granted the client's motion for summary judgment and from the judgment entered thereon. Order and judgment, insofar as appealed from, unanimously affirmed, with $10 costs and disbursements. No opinion. Present— Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ LORETTA WHITING, as Administratrix of the Estate of STANLEY E. WHITING, Deceased, Respondent, v. CITY OF YONKERS, Appellant, et al., Defendant.— In an action to recover damages for wrongful death and for conscious pain and suffering, the appeal is from an order granting a preference in the trial of the action (Rules Civ. Prac., rule 151). Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ CHARLES E. ZAHN, Respondent, v. GULF OIL CORPORATION, Defendant, and HARMOSA OIL CORPORATION, Appellant.— In an action to recover alleged overpayments for purchases of gasoline, the appeal is from an order granting respondent leave to serve a bill of particulars on appellant, notwithstanding the entry, almost three years earlier, of a preclusion order. Order reversed, with $10 costs and disbursements, and motion denied. Under all the facts and circumstances the making of the order was an improvident exercise of discretion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.